**No. 63845.**—Precision Time Corporation *v.* United States, protest 59/13924 (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 23, 1960

**No. 63846.**—Philadelphia Brokerage Co. et al. *v.* United States, protests 191179–K, etc. (Philadelphia).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiffs was sustained.

**No. 63847.**—Quality Importers, Inc. *v.* United States, protest 58/15075 (New York).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest was sustained to this extent.